AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | |
|---|---|
| MANDY TAYLOR ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:15cv187-MPM-SAA |
| DESOTO COUNTY, MISSISSIPPI; ) | |
| DEPUTY CHARLES BRYAN ANDREWS, et al. ) | |
| *Defendant* ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* DeSoto County, Mississippi
c/o Bill Russell, President of the Board of Supervisors
365 Losher Street
Hernando, MS 38632

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Philip A. Stroud
The Stroud Law Firm, P.C.
5779 Getwell Rd
Bldg C, Ste 1
Southaven, MS 38672

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews,
*CLERK OF COURT*

Date: 11/03/2015 _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:15cv187-MPM-SAA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bill Russell / Desoto County Board of Supervisor President MS

was received by me on *(date)* 11/16/15

☒ I personally served the summons on the individual at *(place)* 365 Losher, Hernando

on *(date)* 11/16/15 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 11/16/15

Server's signature: *M. Billions B316*

Printed name and title: M.L. Billions PRSB316

X Bill Russell
1145p

Server's address

[Notary seal: MICHAEL MITCHELL, STATE OF TENNESSEE NOTARY PUBLIC, COUNTY OF SHELBY, MY COMM. EXP. MARCH 07, 2017]

Additional information regarding attempted service, etc: 11-16-15
*Michael Mitchell*