# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

## CIVIL MINUTES

Case No 3:15CV187-A-A     Place Held: OXFORD
Style: TAYLOR    V.    DESOTO
Date/Time Began 02/09/16 at 11:00 a.m.    Date/Time Ended: 02/09/16 at 12:00 p.m.

    Total Time   1 HR

PRESENT: Honorable **S. ALLAN ALEXANDER, MAGISTRATE JUDGE**

    Deputy Clerk                 Court Reporter

Attorneys for Plaintiff(s)         Attorneys for Defendant(s):

  Philip Andrew Stroud            Daniel J. Griffith

PROCEEDINGS:    Case Management Conference
Held    X    Not Held _____    Canceled _____    Reset _____

Docket Entry:

Conference held.     Case management order to be entered.

                                         DAVID CREWS, CLERK

                                         /s/ Willie Sue Miller
                               By:_____
                                        Courtroom Clerk