Notice (N.D.Miss.1990)

*UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

## NOTICE

MANDY TAYLOR

      V.                        CASE NO.   3:15CV187-M-A

DESOTO COUNTY, MISSISSIPPI, ET AL

**TAKE NOTICE** that a proceeding in this case has been **CANCELLED** for the place, date, and time set forth below:

*Place*
FEDERAL BLDG.
Oxford, MS.

*Room No.*
911 Jackson Ave., Suite 242

*Date and Time*
**April 12, 2016 at 9:00 a.m.**

*Type of Proceeding*

**SETTLEMENT CONFERENCE**

**BEFORE UNITED STATES MAGISTRATE JUDGE ALLAN ALEXANDER**

CANCELLED AT REQUEST OF PARTIES

                                          DAVID CREWS
                                            Clerk of Court

                                            /s/ Willie Sue Miller
                                            (BY) Willie Sue Miller
                                            Courtroom Deputy

Date: March 22, 2016

**CONTACT WILLIE SUE MILLER AT 234-3114 IF YOU HAVE ANY QUESTIONS**